No. 68240.—Gemsco, Inc. *v.* United States, protests 62/3616, 62/13708, and 62/13758 (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of insignia similar in all material respects to those involved in Abstract 66583, the claim of the plaintiff was sustained.

No. 68241.—Joseph C. Murray & Co. *v.* United States, protest 60/27705 (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of nylon gloves and mittens similar in use to cotton gloves and mittens and that the issues are the same in all material respects as those in *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiff was sustained.

No. 68242.—Dessy Atco, Inc. *v.* United States, protest 307435–K(B) (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of nylon gloves similar in use to silk gloves and following the principles set forth in *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiff was sustained.